# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

TERRELL JEROME COCHRAN

_____/

**INDICTMENT**

3:17cr70/MCR

THE GRAND JURY CHARGES:

## COUNT ONE

On or about March 20, 2017, in the Northern District of Florida, the defendant,

**TERRELL JEROME COCHRAN,**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWO

On or about March 20, 2017, in the Northern District of Florida, the defendant,

> Returned in open court pursuant to Rule 6(f)
> 6/20/17
> Date
> [signature]
> United States Magistrate Judge

## TERRELL JEROME COCHRAN,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about November 13, 2002, **TERRELL JEROME COCHRAN** was convicted in the State of Georgia of Possession with Intent to Distribute Cocaine; and

   b. On or about July 18, 2008, **TERRELL JEROME COCHRAN** was convicted in the State of Georgia of Robbery.

2. For each of these crimes, **TERRELL JEROME COCHRAN** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **TERRELL JEROME COCHRAN** did knowingly possess a firearm, to wit, a Ruger 9 millimeter pistol, and a FA Cugir 7.62x39 millimeter rifle, and ammunition, namely, Hornady 9 millimeter and 7.62x39 millimeter.

4. These firearms and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation alleged in Count One punishable by imprisonment for more than one year, the defendant,

**TERRELL JEROME COCHRAN,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

A.   Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violation.

B.   Property used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

   i.   cannot be located upon the exercise of due diligence;

   ii.  has been transferred or sold to, or deposited with, a third person;

   iii. has been placed beyond the jurisdiction of this Court;

   iv.  has been substantially diminished in value; or

  v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

## FIREARM FORFEITURE

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**TERRELL JEROME COCHRAN,**

knowingly committed the violation set forth in Count Two of this Indictment, any and all interest that this defendant has in the firearms and ammunition involved in this violation are vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

_____
CHRISTOPHER P. CANOVA
United States Attorney

Redacted per privacy policy
FOREPERSON

20 June 2017
DATE

_____
J. RYAN LOVE
Assistant United States Attorney