# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.  CASE No: 3:17cR 70-MCR

**TERRELL JEROME COCHRAN**
_____/

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America respectfully shows unto the Court:

1. An Arrest Warrant for an Indictment is pending in this Court against **Terrell Jerome Cochran** in the above styled case, and is set for first appearance as to said defendant in Pensacola, Florida, on the 26 day of June, 2017, at 11:00 a.m./p.m.

2. The defendant is now confined in the custody of the Warden, Okaloosa County Jail, in Crestview, Florida as Inmate# 00060488.

3. It is necessary that the defendant appear in this District at 9:00 a.m. for processing and at 11:00 to appear before this court for the initial appearance.

WHEREFORE, the United States of America PRAYS that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid institution, and take into custody the body of the said defendant and have him before this Court at the time and place above

1

specified for said proceedings, and upon completion of the case to return the defendant to the custody of the official in charge of the said defendant; and also directing the official in charge to deliver the defendant into the custody of any United States Marshal or his duly authorized representative for said proceeding.

Submitted this 20th day of June 2017.

Respectfully submitted,

CHRISTOPHER P. CANOVA
United States Attorney

J. RYAN LOVE
Assistant U.S. Attorney
Florida Bar No. 0637920
U.S. Attorney's Office
21 E. Garden St., Suite 400
Pensacola, FL 32502-5675
Telephone: (850)444-4000
Fax: (850)434-0329