11:00 AM        United States District Court
        CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

Time Commenced: 11:23 AM        Case # 3:17cr70/MCR
Time Concluded: 11:25 AM        Date 6/26/17

DOCKET ENTRY: **ARRAIGNMENT** -

PRESENT: HONORABLE Charles J. Kahn, Jr., U. S. MAGISTRATE JUDGE

| Irma McCain-Coby | Zach Link | CD | Ryan Love |
|---|---|---|---|
| Deputy Clerk | U.S.P.O. | Court Reporter | Asst. U.S. Attorney |

U.S.A. vs. Terrell Jerome Cochran
  x  present    X  custody    __bond    __O/R    _____DOB
            Thomas Keith        x   Apptd.   ___Retained    x   present
            Attorney for Defendant

PROCEEDINGS:

  x   Defendant waives reading of Indictment-Information.

  ___  Indictment-Information read.


PLEA:

  **X**        Not Guilty Count(s) ALL

  ___         Guilty Count(s) _____


    TRIAL DATE: August 7, 2017