IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No.: 3:17cr70/MCR

TERRELL JEROME COCHRAN,

    Defendant.
_____/

## DEFENDANT'S SECOND MOTION TO CONTINUE TRIAL DATE (UNOPPOSED)

The defendant, Terrell Jerome Cochran, by and through his undersigned attorney, moves to continue his trial date in order to allow his counsel ("counsel") more time to investigate and prepare.

On June 20, 2017, an indictment was filed charging Defendant with: 1) the offense of possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); and 2) the offense of possession of a firearm and ammunition by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

On June 26, 2017, the defendant made his initial appearance, the arraignment was conducted, and The Office of the Federal Public Defender was appointed to

represent him.   Defendant, after consulting with counsel, waived a detention hearing without prejudice.   The Defendant is currently confined in the Santa Rosa County Jail. A trial date was set for August 7, 2017.

On July 28, 2017, the undersigned CJA counsel filed the first motion for continuance in this case.   The motion for continuance was granted and a new trial date was set for September 5, 2017.   On August 10, 2017, the undersigned CJA counsel notified the Court of Defendant's wish to enter a guilty plea.   Accordingly, a change of plea hearing was noticed for August 25, 2017.

On the evening of August 24, 2017, the undersigned CJA counsel learned of additional information pertaining to Defendant's criminal history that may result in Defendant being sentenced as a Career Offender pursuant to United States Sentencing Guidelines §4B1.1.   After meeting with the Defendant and discussing the case development with him, the undersigned CJA counsel cancelled the change of plea hearing and concluded that she needs to request additional out-of-state court records pertaining to Defendant's prior convictions, and conduct legal research regarding the impact of Defendant's prior out-of-state convictions on his sentencing.   She needs additional time beyond September 5th to do this.   Accordingly, she is filing this motion to continue the trial date.

WHEREFORE, the defendant moves to continue his trial date.

# LOCAL RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that I have conferred with Assistant U.S. Attorney Ryan Love regarding this motion and he does not oppose it.

RESPECTFULLY SUBMITTED this 25th day of August 2017.

                                        */s/ Erica A. Reed*
                                        Erica A. Reed, Esq.
                                        Florida Bar Number: 101676
                                        Attorney for Defendant
                                        Law Office of Erica A. Reed
                                        201 E. Government Street
                                        Pensacola, FL 32502
                                        Telephone: (850) 361-1500
                                        ereed@reedforjustice.com

                                        _____