IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

CASE NO.: 3:17cr70/MCR

v.

TERRELL JEROME COCHRAN
_____/

STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

The defendant is a convicted felon and has not had his rights restored in order to possess a firearm. Specifically, on or about November 13, 2002, the defendant was convicted in the State of Georgia of Possession with Intent to Distribute Cocaine. On or about July 18, 2008, the defendant was convicted in the State of Georgia of Robbery.

On or about March 20, 2017, the defendant knowingly and intentionally possessed with intent to distribute over 50 grams of a mixture

1



and substance containing methamphetamine, and knowingly possessed a Ruger 9 millimeter pistol and a FA Cugir 7.62x39 millimeter rifle. Both firearms were loaded and contained Hornady 9 millimeter and 7.62x39 millimeter ammunition. More specifically, on or about March 20, 2017, law enforcement officials executed a lawful search warrant on the defendant's residence in Okaloosa County, Florida. During the search, law enforcement officials located and seized the Ruger 9 millimeter pistol and the FA Cugir 7.62x39 millimeter rifle from inside the defendant's residence. The Ruger pistol was loaded with six rounds of Hornady 9 millimeter ammunition, and the FA Cugir rifle was loaded with 30 rounds of 7.62x39 millimeter ammunition. In addition, law enforcement officials located and seized approximately 474 tablets from the defendant's residence. An analyst at the Drug Enforcement Administration labratory subsequently analyzed the tablets. Of the 474 tablets tested, 456 of them were determined to be 136.7 grams of a mixture and substance containing methamphetamine. During a post *Miranda* interview of the defendant, he stated the firearms and drugs belonged to him.

Subsequent checks revealed that each of the firearms and ammunition

mentioned above were manufactured outside the State of Florida and therefore, traveled in or affected interstate and/or foreign commerce.

## ELEMENTS:

**Count One:**

A defendant is guilty of possession with intent to distribute methamphetamine in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), if:

*First:* the defendant knowingly possessed methamphetamine;

*Second:* the defendant intended to distribute methamphetamine; and

*Third:* the weight of the methamphetamine was more than 50 grams of a mixture and substance containing methamphetamine.

**Count Two:**

A defendant is guilty of possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2), if:

*First:* the defendant knowingly possessed a firearm or ammunition in or affecting interstate or foreign commerce, as

3

charged; and

***Second*:** before possessing the firearm the defendant had been convicted in a court of a felony - a crime punishable by imprisonment for more than one year.

|  |  |
|---|---|
| *(signature)* <br> ERICA REED <br> Attorney for Defendant <br><br> 10-4-17 <br> Date <br><br> *(signature)* <br> TERRELL JEROME COCHRAN <br> Defendant <br><br> 10-4-17 <br> Date | CHRISTOPHER P. CANOVA <br> United States Attorney <br><br> *(signature)* <br> J. RYAN LOVE <br> Assistant U.S. Attorney <br> Florida Bar No. 0637920 <br> Northern District of Florida <br> 21 E. Garden Street, Suite 400 <br> Pensacola, Florida 32502-5675 <br> 850-444-4000 <br><br> 10-4-17 <br> Date |