# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                          CASE NO. 3:17cr70/MCR

**TERRELL JEROME COCHRAN**
_____/

## GOVERNMENT'S UNCONTESTED MOTION
## TO CONTINUE THE SENTENCING HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court to continue the sentencing hearing scheduled on December 18, 2017 (Doc. 34). In support of this motion, the government states as follows:

1. Defendant is charged in a two count indictment with Count One, possession with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and Count Two, possession of a firearm and ammunition by a convicted felon. (Doc. 1).

2. On October 4, 2017, pursuant to a plea agreement, Defendant pled guilty as charged to Count One and Count Two. (Doc. 30).

3. As a result, the court ordered the United States Probation Office to complete a Presentence Investigation Report (PSR), and scheduled a sentencing hearing for December 18, 2017. (Doc. 34).

1

4. On November 21, 2017, the probation officer assigned to handle this case contacted the undersigned and indicated that additional time was needed in order to complete the PSR. Specifically, the probation officer has requested and received judgment and conviction documentation from the State of Georgia regarding prior offenses committed by the defendant. One of those prior offenses appears to be an armed robbery conviction. However, the probation officer was notified that the defendant believes the actual conviction was for robbery and not armed robbery. The probation officer is in the process of tracking down additional documentation to clarify this issue.

5. The undersigned has contacted defense counsel Erica Reed, and she indicated she has no objection to the government requesting a continuance of the sentencing hearing for a period of thirty (30) days.

6. The government submits that this request is necessary and is not being made to delay the proceedings, but rather to serve the ends of justice and the best interest of the public.

WHEREFORE, in the interest of judicial economy, the government

respectfully requests the Court continue the instant sentencing hearing for a period of thirty (30) days, or at the Court's discretion.

                                        Respectfully submitted,

                                        CHRISTOPHER P. CANOVA
                                        United States Attorney

                                        ***/s/ J. Ryan Love***
                                        J. RYAN LOVE
                                        Assistant United States Attorney
                                        Florida Bar #0637920
                                        21 East Garden Street, Suite 400
                                        Pensacola, Florida 32502-5675
                                        (850) 444-4000

## **RULE 7.1(B) CERTIFICATION**

I HEREBY CERTIFY that the undersigned has consulted with counsel for the defendant, who indicated she does not object to this motion.

                                        ***/s/ J. Ryan Love***
                                        J. RYAN LOVE
                                        Assistant United States Attorney

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)**

I HEREBY CERTIFY that this memorandum complies with the type-volume limitation of Local Rule 7.1(F) because this memorandum contains 481 words.

                                        ***/s/ J. Ryan Love***
                                        J. RYAN LOVE
                                        Assistant United States Attorney